IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00691-WYD-KMT

CARL HUBBARD,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice (ECF No. 11) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

    ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

    Dated:  May 4, 2011

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge